JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RIMA ABOUDAHER, | ) | Case No.:  CV 10-7187 DSF (FMOx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| AURORA LOAN SERVICES, LLC and DOES 1 through 100, inclusive, | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed and Plaintiff having failed to amend her complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____   1/12/11

_____
Dale S. Fischer
United States District Judge